**EXHIBIT B TO WEBER DECLARATION**

NO
PARKING
Unauthorized Vehicles
Will Be Towed Away At
Vehicle Owner's Expense
U2·iE
INNOCENCE + eXPERIENCE TOUR 2015
NO PA

U2
WAR

U2
THE JOSHUA TREE
TOUR 2017
U2
THE JOSHUA TREE
TOUR 2017

U2
THE JOSHUA TREE
30th Anniversary 1987-2017 Tour
U2
THE JOSHUA TREE
30th Anniversary 1987-2017 Tour
U2
THE JOSHUA TREE
30th Anniversary 1987-2017 Tour

U2
THE JOSHUA TREE
TOUR 2017
U2
THE JOSHUA TREE
TOUR 2017
U2
THE JOSHUA TREE
TOUR 2017